# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARROD MOTEN,<br><br>    Petitioner,<br><br>  v.<br><br>CHRISTIAN PFEIFFER,<br><br>    Respondent. | Case No. 2:23-cv-08737-DOC-SP<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a de novo review of those portions of the Report to which petitioner has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

//
//
//
//
//

IT IS THEREFORE ORDERED that the documents filed at docket numbers 23, 24, and 27 are stricken as misfiled in this case, respondent's Motion to Dismiss (docket no. 21) is granted, and Judgment will be entered denying the Petition (docket nos. 1, 25, 26) and dismissing this action with prejudice.

Dated: <u>December 19, 2024</u>

*David O. Carter*

HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE