# JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SHARROD MOTEN,

        Petitioner,

v.

CHRISTIAN PFEIFFER,

        Respondent.

Case No. 2:23-cv-08737-DOC-SP

**JUDGMENT**

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: <u>December 19, 2024</u>

_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE